IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LATISHEA WAGGONER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:05-0590 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Griffin |
| SPHERION, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On June 12, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that the Defendant's Second Motion For Sanctions And To Dismiss (Docket No. 20) be granted. (Docket No. 24) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Defendant's Second Motion For Sanctions And To Dismiss (Docket No. 20) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 17th day of July 2006.

_____
ALETA A. TRAUGER
U.S. District Judge